

Kevin B. Mead
+1 212 479 6380
kmead@cooley.com

May 30, 2019

Hon. Edgardo Ramos
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, New York 10007

**Re:** ***Retrophin, Inc. v. Mulleady*, No. 19-MC-00269**

Dear Judge Ramos:

      We represent Retrophin, Inc. ("Retrophin") and write to request a hearing at the earliest possible date regarding Retrophin's petition to compel Kevin Mulleady's compliance with an arbitration summons pursuant to Section 7 of the Federal Arbitration Act, 9 U.S.C. § 7.

      As Retrophin's papers explain in greater detail, Retrophin is engaged in an arbitration against Martin Shkreli with hearing days scheduled from June 10 to June 25. The Panel signed an arbitration summons for Mr. Mulleady on April 4, Mr. Mulleady has had a copy of the summons since at least April 15, and Mr. Mulleady's counsel formally accepted service of the summons on April 23. The hearing is quickly approaching, and in order to ensure that Retrophin has the opportunity to obtain Mr. Mulleady's evidence in time for the arbitration, Retrophin asks that the Court schedule a hearing on Retrophin's petition at the earliest possible date.

      Mr. Mulleady's counsel, Lance J. Gotko, Esq., has not entered an appearance in this case, but Retrophin will send him a copy of this letter simultaneously with the filing on ECF.

Respectfully yours,

*/s/ Kevin Mead*
Kevin B. Mead

cc:    Lance J. Gotko, Esq. (via email)

Cooley LLP   55 Hudson Yards   New York, NY   10001-2157
t: (212) 479-6000  f: (212) 479-6275  cooley.com