

Kevin B. Mead
+1 212 479 6380
kmead@cooley.com

June 7, 2019

Hon. Edgardo Ramos
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, New York 10007

**Re:  _Retrophin, Inc. v. Mulleady_, No. 19-MC-00269**

Dear Judge Ramos:

We represent Retrophin, and write to request that today's hearing at 2:30 pm be cancelled. The dispute with Kevin Mulleady has been resolved.

Mr. Mulleady's counsel, Lance J. Gotko, Esq., has not entered an appearance in this case, but Retrophin will send him a copy of this letter simultaneously with the filing on ECF.

Respectfully yours,


_/s/ Kevin Mead_
Kevin B. Mead

cc:      Lance J. Gotko, Esq. (via email)