```
------------------------------------ X
                                     :
RETROPHIN, INC.                      :
                                     :
         Petitioner,                 :
                                     :
   -against-                         :   19-MC-269
                                     :
KEVIN MULLEADY,                      :
                                     :
         Respondent.                 :
                                     :
                                     :
------------------------------------ X
```

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the petitioner Retrophin, Inc., hereby give notice that the above-captioned action is voluntarily dismissed, without prejudice, against the respondent Kevin Mulleady.

Dated: New York, New York  
       June 7, 2019

Respectfully submitted,

COOLEY LLP

By: */s/ Kevin Mead*  
   Kevin Mead  
   55 Hudson Yards  
   New York, New York 10001  
   Phone: (212) 479-6380  
   Email: kmead@cooley.com

*Counsel for Petitioner Retrophin, Inc.*