UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RETROPHIN, INC.

   Petitioner,

 -against-

KEVIN MULLEADY,

   Respondent.

---

19-MC-269 (ER)

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the petitioner Retrophin, Inc., hereby give notice that the above-captioned action is voluntarily dismissed, without prejudice, against the respondent Kevin Mulleady.

Dated: New York, New York
   June 7, 2019

Respectfully submitted,

COOLEY LLP

By: */s/ Kevin Mead*
  Kevin Mead
  55 Hudson Yards
  New York, New York 10001
  Phone: (212) 479-6380
  Email: kmead@cooley.com

  *Counsel for Petitioner Retrophin, Inc.*