# Cooley

MEMO ENDORSED

Kevin B. Mead
+1 212 479 6380
kmead@cooley.com

> The application is __x__ granted
> ____ denied
>
> _/s/ Edgardo Ramos_
> Edgardo Ramos, U.S.D.J
> Dated: 6/7/2019
> New York, New York

June 7, 2019

Hon. Edgardo Ramos
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, New York 10007

**Re: *Retrophin, Inc. v. Mulleady*, No. 19-MC-00269**

Dear Judge Ramos:

    We represent Retrophin, and write to request that today's hearing at 2:30 pm be cancelled. The dispute with Kevin Mulleady has been resolved.

    Mr. Mulleady's counsel, Lance J. Gotko, Esq., has not entered an appearance in this case, but Retrophin will send him a copy of this letter simultaneously with the filing on ECF.

Respectfully yours,

*/s/ Kevin Mead*
Kevin B. Mead

cc:    Lance J. Gotko, Esq. (via email)